No. 76–6965. JORDAN v. ARIZONA. Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death

penalty imposed, and case remanded for further proceedings. See *Lockett* v. *Ohio, ante,* p. 586.